# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER **08CR   275** |
| vs. ) | |
| ) | **MAGISTRATE JUDGE MASON** |
| JON REID ) | |

The undersigned Affiant personally appeared before  MICHAEL T. MASON  , a United

States Magistrate Judge, and being duly sworn on oath, states:  That at Saint Louis, in the Eastern

District of Missouri, one,  JON REID , was charged in a Petition for Warrant or Summons for

Offender Under Supervision with violations of supervised release, and that on the basis of Affiant's

investigation and information received concerning the case through official channels, does hereby

. certify that a Warrant of Arrest is outstanding for the arrest of said defendant.  (See Exhibit A -

Warrant of Arrest and Petition for Warrant or Summons for Offender Under Supervision).

Wherefore, Affiant prays that the defendant be dealt with according to law.

Brent Moran, Deputy Marshal
United States Marshal's Service

Subscribed and Sworn to before me this
2nd    day of    April    , 2008.

Michael T. Mason
United States Magistrate Judge

**FILED**

APR - 2 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

AUSA Erik A. Hogstrom

Bond set [or recommended] by issuing Court at _____

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____
          DEPUTY CLERK

**PS 8**
(4/01)

**UNITED STATES DISTRICT COURT**

for

Eastern District Of Missouri

**FILED**

FEB 28 2008

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

U.S.A. vs.            REID, Jon            Docket No.    0865 4:07CR00295-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Tiffany A Corley, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant John Reid who was placed under pretrial release supervision by the Honorable David D. Noce sitting in the court at St. Louis, on the 21st day of May, 2007 under the following conditions:

1. The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.
7(a). Report to and be supervised by U.S. Pretrial Services as directed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 13, 2008, Postal Inspector Matthew Villicana reported to U.S. Pretrial Services and provided this officer with investigative reports alleging Reid is engaged in criminal activity. Said reports outlined the results of Inspector Villicana's ongoing investigation of the defendant. These reports revealed the defendant is continuing to engage in fraudulent activity. Specifically, it is alleged that Reid promised to sell inventory that he acquired between August 2007 and December 2007 to Fixture Finders, LLC. The defendant reportedly received over $19,000 in payment for said items. To date, Reid has failed to deliver any goods. Inspector Villicana noted that Reid's current "scheme" is similar to the allegations in the instant indictment.

Additionally, U.S. Pretrial Services in Chicago, IL reported the defendant has failed to report as directed and has failed to submit employment verification. Pretrial Services Officer Albert Maldonado reported Reid failed to report by telephone on 12/4/2007, 12/11/2007, 01/1/2008, 01/9/2008, 01/15/2008, and 02/12/2008. Additionally, Reid last reported in person to U.S. Pretrial Services in Chicago, IL on 06/08/2007. Since that time, Reid has failed to report as directed for office visits scheduled on 01/31/2008, 02/06/2008, and 0211/2008. Regarding employment, Pretrial Services Officer Albert Maldonado reported Reid advised he is employed by his wife's company, Illiana Fixture Company. Officer Maldonado stated that he has instructed the defendant to provide invoices or other documentation of income and/or employment on numerous occasions. To date, Reid has only provided incorporation papers from the Illinois Secretary of State.

PRAYING THAT THE COURT WILL ORDER a warrant for the defendant's arrest be issued and that a bond revocation hearing be held within three days of the defendant's arrest and return to our district to determine whether or not the defendant is in violation of the conditions of release

ORDER OF COURT

Considered and ordered this 28th day of February, 2008 and ordered filed and made a part of the records in the above case.

_David D. Noce_
David D. Noce
Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

_Tiffany A Corley_
Tiffany A Corley
U.S Pretrial Services Officer

Place        St. Louis, MO

Date        February 28, 2008

**PS 10**
(8/88)

# UNITED STATES DISTRICT COURT

303 FEB 29  A 10: 02

for

Eastern District Of Missouri

U.S.A. vs.     Jon Reid                                        Docket No.     0865 4:07CR00295-001

TO:[1]  United States Marshal for Eastern District of Missouri

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court. | | | |
| NAME OF DEFENDANT | SEX<br>Male | RACE<br>White | AGE<br>38 |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>The Honorable David D. Noce, U.S. Magistrate Judge, Eastern District Of Missouri, St. Louis, MO | | | |
| CLERK<br>*James Woodward* | (BY) DEPUTY CLERK<br>*Deborah O'Leary* | | DATE<br>2/28/08 |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

*0844-0229-1048 B*

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____ ;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."