# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 275 | **DATE** | 4/2/2008 |
| **CASE TITLE** | United States vs. Jon Reid | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 4/2/08. Defendant appears in response to arrest on 4/2/08. Defendant informed of his rights. Enter Order appointing Daniel Martin as counsel for defendant. Status hearing set for 4/4/08 at 10:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | KF |
|---|---|---|