# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
REV. 1/90

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. REID
FOR: ND ILL
AT: Chicago IL

LOCATION NUMBER: ILNCC

PERSON REPRESENTED (Show your full name): JON REID

1. ✓ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate:
District Court: 08 CR 275
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ✓ Felony ☐ Misdemeanor

REMOVAL HEARING

FILED April 2, 2008
APR - 2 2008
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ✓ Yes ☐ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month $ 8000
If married is your Spouse employed? ✓ Yes ☐ No
IF YES, how much does your Spouse earn per month $ 3500
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ✓ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: 4800   SOURCES: Down Payment from Fund

**CASH**
Have you any cash on hand or money in savings or checking account ✓ Yes ☐ No  IF YES, state total amount $ 2800

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ✓ Yes ☐ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE: 16,000   DESCRIPTION: 2002 Lincoln Navigator
VALUE: 480,000   DESCRIPTION: Home subject to Mortgage (below)

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
✓ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 4
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
APARTMENT OR HOME: Mortgage   Total Debt: $418,000   Monthly Payt.: $2120

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Jon C Reid   4/2/08

I certify the above to be correct.

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.