# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Michael T. Mason | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 275 | **DATE** | 4/4/2008 |
| **CASE TITLE** | United States vs. Jon Reid | | |

**DOCKET ENTRY TEXT**

The 4/4/08 Order Setting Conditions of Release is modified as follows: defendant is to appear at the Pretrial Services Office, 6th floor of the U.S. Courthouse in St. Louis, Missouri on 4/14/08 at 11:00 a.m. Appearance date of 4/11/08 is stricken. All other conditions remain set.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|