UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )    No.    08 CR 275 |
| v. | ) |
| | )    Magistrate Judge |
| JON REID | )    Michael T. Mason |

**FILED**
4-4-08
APR - 4 2008
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

### NOTICE OF FILING

PLEASE TAKE NOTICE that on April 4, 2008, the undersigned filed with the Court the APRIL 3, 2008, WARRANT FOR ARREST OF DEFENDANT, a copy of which has been served upon you.

ERIK A. HOGSTROM
Assistant United States Attorney
219 South Dearborn Street Fifth
Floor  Chicago, Illinois 60604
(312) 353-8709

PS 10
(8/88)

**FILED**

APR - 4 2008

MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT

for

Eastern District Of Missouri

U.S.A. vs. Jon Reid                Docket No.   0865 4:07CR00295-001

TO:[1] United States Marshal for Eastern District of Missouri

| WARRANT FOR ARREST OF DEFENDANT |
|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court. |

| NAME OF DEFENDANT<br>REID, Jon | SEX<br>Male | RACE<br>White | AGE<br>38 |
|---|---|---|---|
| ADDRESS (STREET, CITY, STATE)<br>21442 Westminster Lane, Shorewood, IL | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>The Honorable David D. Noce, U.S. Magistrate Judge, Eastern District Of Missouri, St. Louis, MO | | | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| James [signature] | [signature] | 4-3-08 |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

0844-0403-1233B

≈ PS 8
(4/01)

# UNITED STATES DISTRICT COURT

**FILED**

for

Eastern District Of Missouri

APR - 3 2008

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

U.S.A. vs.         REID, Jon         Docket No.    0865 4:07CR00295-001

### Amended Petition for Action on Conditions of Pretrial Release

COMES NOW Tiffany A Corley, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jon Reid who was placed under pretrial release supervision by the Honorable David D. Noce sitting in the court at St. Louis, on the 21st day of May, 2007 under the following conditions:

1. The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.
2. The defendant shall immediately advise the Court, defense counsel, and the U.S. attorney in writing before any chance in address and telephone number.
7(a). Report to and be supervised by U.S. Pretrial Services as directed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 13, 2008, Postal Inspector Matthew Villicana reported to U.S. Pretrial Services and provided this officer with investigative reports alleging Reid is engaged in criminal activity. Said reports outlined the results of Inspector Villicana's ongoing investigation of the defendant. These reports revealed the defendant is continuing to engage in fraudulent activity. Specifically, it is alleged that Reid promised to sell inventory that he acquired between August 2007 and December 2007 to Fixture Finders, LLC. The defendant reportedly received over $19,000 in payment for said items. To date, Reid has failed to deliver any goods. Inspector Villicana noted that Reid's current "scheme" is similar to the allegations in the instant indictment.

U.S. Pretrial Services in Chicago, IL reported the defendant has failed to report as directed and has failed to submit employment verification. Pretrial Services Officer Albert Maldonado reported Reid failed to report by telephone on 12/4/2007, 12/11/2007, 01/1/2008, 01/9/2008, 01/15/2008, 02/12/2008, 02/19/2008, 02/26/2008, 03/04/2008, 03/11/2008, 03/18/2008, 03/26/2008, and 04/01/2008. Additionally, Reid last reported in person to U.S. Pretrial Services in Chicago, IL on 06/08/2007. Since that time, Reid has failed to report as directed for office visits scheduled on 01/31/2008, 02/06/2008, and 02/11/2008. Regarding employment, Pretrial Services Officer Albert Maldonado reported Reid advised he is employed by his wife's company, Illiana Fixture Company. Officer Maldonado stated that he has instructed the defendant to provide invoices or other documentation of income and/or employment on numerous occasions. To date, Reid has only provided incorporation papers from the Illinois Secretary of State.

Additionally, U.S. Pretrial Services in Chicago, IL reported Reid failed to notify their agency of his address change. Reid was reportedly evicted from his address of record (11500 Stratford, Mokena, IL, 60448) on 07/24/2007. Since that time, Reid has continued to represent to U.S. Pretrial Services in Chicago, IL that he resides at the above-mentioned Mokena, IL address. It should be noted that Reid has not reported an address change to U.S. Pretrial Services in the Eastern District of Missouri.

JMES G WOODWARD, CLERK
TRUE COPY OF THE ORIGINAL
NITED STATES DISTRICT COURT
ASTERN DISTRICT OF MISSOURI
Y:_____
DEPUTY CLERK

PRAYING THAT THE COURT WILL ORDER a warrant for the defendant's arrest be issued and that a bond revocation hearing be held within three days of the defendant's arrest and return to our district to determine whether or not the defendant is in violation of the conditions of release

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 3rd day of April, 2008 and ordered filed and made a part of the records in the above case. | *signed* Tiffany A Corley, U.S. Pretrial Services Officer |
| *signed* David D. Noce, Magistrate Judge | Place: St. Louis, MO |
| | Date: April 3, 2008 |