# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 275 | **DATE** | 4/4/2008 |
| **CASE TITLE** | United States vs. Jon Reid | | |

**DOCKET ENTRY TEXT**

Status hearing/removal proceedings held on 4/4/08. Defendant waives identity hearing; the Court finds that the defendant Jon Reid is the person named in the arrest warrants. Government and defendant agree on certain conditions of release. Order defendant removed to the Eastern District of Missouri. Defendant is to appear at the U.S. Courthouse, 111 S. 10th Street, St. Louis, Missouri on 4/11/08 at 11:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|