UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
April 8, 2008

Eastern District of Missouri
3.300 Thomas F. Eagleton
United States Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

FILED
4 8-08
APR - 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: USA v. Jon Reid

Dear Clerk of Court:

Enclosed please find originals of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | | |
|---|---|---|
| _X_ Docket Sheet,  Case No.: 08 CR 275 | _X_ Order of Removal dated: 4/4/08 | |
| X   Affidavit in Removal | ____ Final Commitment Proceedings | |
| X   Financial Affidavit | ____ Temporary Commitment | |
| ____ Order appointing counsel | X   Order setting conditions of release | |
| ____ CJA 20 Form | ____ Detention Order | |
| ____ Appearance form | X   Appearance Bond | |
| | ____ Other(see docket for entries): | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _Laura Springer_
Deputy Clerk