**RECEIVED BY MAIL**
APR 10 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
MICHAEL W. DOBBINS,
CLERK

**FILED**
APR 10 2008
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

OFFICE OF THE CLERK
April 8, 2008

Eastern District of Missouri
3.300 Thomas F. Eagleton
United States Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

**FILE COPY**

**FILED**
APR 15 2008
Apr 15 2008
MICHAEL W. DOBBINS
CLERK, U S DISTRICT COURT

Re: USA v. Jon Reid

Dear Clerk of Court:

Enclosed please find originals of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 275 | _X_ Order of Removal dated: 4/4/08 |
| X   Affidavit in Removal | ____ Final Commitment Proceedings |
| X   Financial Affidavit | ____ Temporary Commitment |
| ____ Order appointing counsel | X   Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| ____ Appearance form | X   Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _Laura Springer_
     Deputy Clerk